EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:<br><br>Joel Ernesto Reyes Martínez | 2018 TSPR 187<br><br>201 DPR ____ |
|---|---|

Número del Caso: TS-17,543

Fecha: 6 de noviembre de 2018

Materia: La suspensión provisional será efectiva el 7 de noviembre de 2018, fecha en que se le notificó al abogado de su suspensión provisional.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Joel Ernesto Reyes Martínez          TS-17,543

RESOLUCIÓN

San Juan, Puerto Rico, a 6 de noviembre de 2018.

Evaluado el escrito titulado *Moción mostrando causa por la cual no debe ser suspendido de forma provisional* presentado por el Lcdo. Joel Ernesto Reyes Martínez, se ordena la suspensión provisional de éste del ejercicio de la abogacía. Asimismo, se le ordena a mantenernos informados sobre el estado del procedimiento penal que obra en su contra en el caso United States of America v. Joel Reyes-Martínez, Criminal No. 18-cr-099-FAB. Se le apercibe que una vez el foro federal dicte sentencia y ésta advenga final y firme, procederemos a suspenderle de manera indefinida de la profesión legal.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo